# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| In re:<br><br>　　　　　DOUGLAS CARD,<br>Address:　5301 Cedar Court<br>　　　　　Alexandria, VA 22309<br><br>　　Debtor(s).<br><br>AMY M. SANTO, AS TRUSTEE OF THE<br>AMY M. SANTO TRUST, U/A/D<br>09/22/1999<br>　　Plaintiff,<br><br>v.<br><br>DOUGLAS CARD,<br>Debtor(s)<br>THOMAS P. GORMAN<br>Trustee<br>　　Defendants. | CASE NO: 16-13448-BFK<br><br>CHAPTER 13 |

## CERTIFICATE OF COMPLIANCE

Upon information provided by the Movant, undersigned counsel hereby files this Certificate of Compliance with respect to the Notice of Default filed with the Court on May 17, 2018. Movant respectfully represents as follows:

1. The Movant is the holder of a note secured by real property located at 3634 Lullaby Road, North Port, FL 34287 (the "Property").

2. A Consent Order Modifying Automatic Stay (D.E. 62) dated March 19, 2018 has been entered in the present case. Pursuant to the terms of the Consent Order, the Debtor is in default for the following payments:

M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452
christine.maggard@brockandscott.com
*Counsel for the Movant*

| | | |
|---|---|---|
| 1 monthly payment (4/26/18) @ $283.33/month | $ | 283.33 |
| 1 stip payment (4/30/18) @ $1,416.65/month | $ | 1,416.65 |
| Notice of Default fee | $ | 50.00 |
| Late Charge | $ | 30.00 |
| Total | $ | 1,779.98 |

3. Pursuant to the terms of the Consent Order, unless Debtor cures the default by tendering $1,779.98 in certified funds or cashier's check within fourteen (14) days of the date of the Notice of Default (May 17, 2018), the Court can grant relief from the automatic stay without further notice.

4. Movant has complied with the terms of the herein referenced Consent Order and Debtor have failed to cure the default as stated in the Notice of Default.

5. Movant requests that this Court grant it relief from the automatic stay without further need of notice or hearing and that it be permitted to seek foreclosure on the real property located at 3634 Lullaby Road, North Port, FL 34287 (the "Property") consistent with its Motion for Relief previously filed herein as Docket Entry #45.

Dated:  June 7, 2018                                Respectfully Submitted,

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452
christine.maggard@brockandscott.com
*Counsel for the Movant*

## CERTIFICATE OF SERVICE

The foregoing certificate was endorsed by and/or served upon all necessary parties pursuant to Local Rules by electronic notification and/or U.S. First Class Mail, postage pre-paid.

Steven B. Ramsdell
300 N. Washington St., Suite 202
Alexandria, VA 22314
*Counsel for Debtor*

Douglas Card
5301 Cedar Court
Alexandria, VA 22309
*Debtor*

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Trustee*

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452
christine.maggard@brockandscott.com
*Counsel for the Movant*